In the Matter of MARTIN M. SOLOMON, an attorney at law.

December 11, 1961. Name of respondent stricken from the roll of attorneys at law.

In the Matter of DOMINICK R. RINALDI, an attorney at law.

July 16, 1962. Name of respondent stricken from the roll of attorneys at law.

In the Matter of FRANK A. DOLAN, an attorney at law.

For the order: *Mr. Adrien B. Hommell.*

For the respondent: *Mr. Edward J. O'Mara.*

June 29, 1962. Respondent suspended for six months and until further order of the court. Opinion reported at 38 *N. J.* 119.